**5:14-cv-01779-FMO-DTB** Marilynn Loveless v. A1 Solar Power, Inc.
Fernando M. Olguin, presiding
David T. Bristow, referral
**Date filed:** 08/28/2014
**Date of last filing:** 08/31/2015

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed & Entered:* | 08/28/2014 | Complaint (Attorney Civil Case Opening) |
| | *Docket Text:* COMPLAINT Receipt No: 0973-14365058 - Fee: $400, filed by Plaintiff Marilynn Loveless. (Attorney Matthew M Loker added to party Marilynn Loveless(pty:pla))(Loker, Matthew) | | |
| 2 | *Filed & Entered:* | 08/28/2014 | Summons Request |
| | *Docket Text:* Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening)[1] filed by Plaintiff Marilynn Loveless. (Loker, Matthew) | | |
| 3 | *Filed & Entered:* | 08/28/2014 | Civil Cover Sheet (CV-71) |
| | *Docket Text:* CIVIL COVER SHEET filed by Plaintiff Marilynn Loveless. (Loker, Matthew) | | |
| 4 | *Filed & Entered:* | 08/28/2014 | Certificate/Notice of Interested Parties |
| | *Docket Text:* NOTICE of Interested Parties filed by Plaintiff Marilynn Loveless, (Loker, Matthew) | | |
| 5 | *Filed & Entered:* | 08/29/2014 | Notice of Assignment to United States Judges(CV-18) - optional html form |
| | *Docket Text:* NOTICE OF ASSIGNMENT to District Judge Fernando M. Olguin and Magistrate Judge David T. Bristow. (mrgo) | | |
| 6 | *Filed & Entered:* | 08/29/2014 | Summons Issued |
| | *Docket Text:* 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening)[1] as to Defendant A1 Solar Power, Inc. (mrgo) | | |
| 7 | *Filed & Entered:* | 09/05/2014 | Text Only Scheduling Notice |
| | *Docket Text:* TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. This matter has been assigned to District Judge Fernando M. Olguin. All pleadings filed in this matter should contain the case number and the assigned judges' initials to ensure proper routing of documents. The Court refers counsel to the Court's Initial Standing Order found on the Court's Website under Judge Olguin's Procedures and Schedules. Please read this Order carefully.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY | | |
| 8 | *Filed & Entered:* | 09/12/2014 | Service of Summons and Complaint Returned Executed (21 days) |
| | *Docket Text:* PROOF OF SERVICE Executed by Plaintiff Marilynn Loveless, upon Defendant A1 Solar Power, Inc. served on 9/3/2014, answer due 9/24/2014. Service of the Summons and Complaint were executed upon David Malka, Receptionist for Johnny Flores, Agent for Service of Process in compliance with California Code of Civil Procedure by personal service. Original Summons returned. (Loker, Matthew) | | |
| 9 | *Filed & Entered:* | 09/19/2014 | Stipulation Extending Time to Answer (30 days or less) |
| | *Docket Text:* First STIPULATION Extending Time to Answer the complaint as to A1 Solar Power, Inc. answer now due 10/17/2014, re Service of Summons and Complaint Returned Executed (21 days), [8], Complaint (Attorney Civil Case Opening)[1] filed by defendant A1 Solar Power, Inc..(Attorney David R Socher added to party A1 Solar Power, Inc.(pty:dft))(Socher, David) | | |
| 10 | *Filed & Entered:* | 10/14/2014 | Stipulation Extending Time to Answer (30 days or less) |
| | *Docket Text:* Second STIPULATION Extending Time to Answer the complaint as to A1 Solar Power, Inc. answer now due 10/24/2014, re Complaint (Attorney Civil Case Opening)[1], Service of Summons and Complaint Returned Executed (21 days), [8], Stipulation Extending Time to Answer (30 days or less), [9], Second STIPULATION for Extension of Time to File Response to Complaint filed by Defendant A1 Solar Power, Inc..(Socher, David) | | |
| 11 | *Filed & Entered:*<br>*Terminated:* | 10/24/2014<br>10/27/2014 | Motion to Dismiss Case |
| | *Docket Text:* [THIS DOCUMENT IS HEREBY STRICKEN BY ORDER OF THE COURT [14]] - NOTICE OF MOTION AND MOTION to Dismiss Case ( Motion set for hearing on 12/4/2014 at 10:00 AM before Judge Fernando M. Olguin.), MOTION to Strike Complaint (Attorney Civil Case Opening)[1] filed by defendant A1 Solar Power, Inc.. (Socher, David) Modified on 10/27/2014 (jp). | | |
| 12 | *Filed & Entered:*<br>*Terminated:* | 10/24/2014<br>12/01/2014 | Motion to Dismiss Case |
| | *Docket Text:* NOTICE OF MOTION AND Corrected MOTION to Dismiss Case ( Motion set for hearing on 12/4/2014 at 10:00 AM before Judge Fernando M. Olguin.), Corrected MOTION to Strike Complaint (Attorney Civil Case Opening)[1], MOTION to Dismiss Case MOTION to Strike Complaint (Attorney Civil Case Opening)[1] [11] filed by defendant A1 Solar Power, Inc.. (Socher, David) | | |
| 13 | *Filed & Entered:* | 10/27/2014 | Initial Order Setting R26 Scheduling Conference - form only |
| | *Docket Text:* ORDER SETTING SCHEDULING CONFERENCE by Judge Fernando M. Olguin. Scheduling Conference set for 12/11/2014 at 10:00 AM before Judge Fernando M. Olguin; Rule 26 Meeting Report due by 11/26/2014. (vdr) | | |
| 14 | *Filed & Entered:* | 10/27/2014 | Striking Electronically Filed Documents (G-106) |

| | | | |
|---|---|---|---|
| | *Docket Text:* ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S) by Judge Fernando M. Olguin: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: MOTION to Dismiss [11], for the following reasons: Counsel confirmed tot he CRD that Docket Entry 12 replaces No. 11. Docket Entry 11 is STRICKEN as duplicative of [12]. (jp) | | |
| 15 | *Filed & Entered:* | 11/13/2014 | Response in Opposition to Motion |
| | *Docket Text:* OPPOSITION to Corrected MOTION to Dismiss Case Corrected MOTION to Strike Complaint (Attorney Civil Case Opening)[1], MOTION to Dismiss Case MOTION to Strike Complaint (Attorney Civil Case Opening)[1] [11] [12] filed by Plaintiff Marilynn Loveless. (Attachments: # (1) Proposed Order, # (2) Proof of Service)(Kazerounian, Seyed) | | |
| 16 | *Filed & Entered:* | 11/13/2014 | Request for Judicial Notice |
| | *Docket Text:* REQUEST FOR JUDICIAL NOTICE *in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss; Motion to Strike; and, Motion for a More Definite Statement [ECF No. 12]* filed by Plaintiff Marilynn Loveless. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Proposed Order, # (5) Proof of Service)(Kazerounian, Seyed) | | |
| 17 | *Filed & Entered:* | 11/20/2014 | Reply (Motion related) |
| | *Docket Text:* REPLY In Support of Motion Corrected MOTION to Dismiss Case Corrected MOTION to Strike Complaint (Attorney Civil Case Opening)[1], MOTION to Dismiss Case MOTION to Strike Complaint (Attorney Civil Case Opening)[1] [11] [12] filed by Defendant A1 Solar Power, Inc.. (Socher, David) | | |
| 18 | *Filed & Entered:* | 12/01/2014 | Order on Motion to Dismiss Case |
| | *Docket Text:* ORDER by Judge Fernando M. Olguin. Defendant's Motion to Strike and for a More Definite Statement [12] is denied as moot. Defendant's Motion to Dismiss [12] is granted. If plaintiff still wishes to pursue this action, she is granted to 12/15/2014 to file a First Amended Complaint. (vdr) | | |
| 19 | *Filed & Entered:* | 12/08/2014 | Order |
| | *Docket Text:* SCHEDULING AND CASE MANAGEMENT ORDER RE: JURY TRIAL by Judge Fernando M. Olguin. The court deems a Scheduling Conference unnecessary and hereby vacates the hearing. Jury Trial set for 12/8/2015 at 8:30 AM; Final Pretrial Conference/Motions in Limine set for 11/20/2015 at 10:00 AM before Judge Fernando M. Olguin. *See order for deadlines and requirements.* (vdr) | | |
| 20 | *Filed & Entered:* | 12/08/2014 | Initial Order upon Filing of Complaint - form only |
| | *Docket Text:* ORDER RE: SUMMARY JUDGMENT MOTIONS by Judge Fernando M. Olguin. (vdr) | | |
| 21 | *Filed & Entered:* | 12/15/2014 | Amended Complaint/Petition |
| | *Docket Text:* FIRST AMENDED COMPLAINT against Defendant A1 Solar Power, Inc. amending Complaint (Attorney Civil Case Opening)[1], filed by Plaintiff Marilynn Loveless (Attachments: # (1) Proof of Service)(Kazerounian, Seyed) | | |
| 22 | *Filed & Entered:*<br>*Terminated:* | 12/29/2014<br>07/23/2015 | Motion to Dismiss Case |
| | *Docket Text:* NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant A1 Solar Power, Inc.. Motion set for hearing on 2/5/2015 at 10:00 AM before Judge Fernando M. Olguin. (Attachments: # (1) Declaration)(Socher, David) | | |
| 23 | *Filed & Entered:* | 01/15/2015 | Objection/Opposition (Motion related) |
| | *Docket Text:* OPPOSITION re: MOTION to Dismiss Case [22] filed by Plaintiff Marilynn Loveless. (Attachments: # (1) Proposed Order, # (2) Proof of Service)(Kazerounian, Seyed) | | |
| 24 | *Filed & Entered:* | 01/15/2015 | Request for Judicial Notice |
| | *Docket Text:* REQUEST FOR JUDICIAL NOTICE *in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss [ECF No. 22]* filed by Plaintiff Marilynn Loveless. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Proposed Order, # (5) Proof of Service)(Kazerounian, Seyed) | | |
| 25 | *Filed & Entered:* | 01/22/2015 | Reply (Motion related) |
| | *Docket Text:* REPLY in support of a motion MOTION to Dismiss Case [22] filed by Defendant A1 Solar Power, Inc.. (Socher, David) | | |
| 26 | *Filed & Entered:* | 02/02/2015 | Text Only Scheduling Notice |
| | *Docket Text:* TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. On the court's own motion, the Motion to Dismiss [22] is taken off the 2/5/2015 calendar and placed under submission. No appearances are required on 2/5/2015. An order will issue. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY | | |
| 27 | *Filed & Entered:* | 07/23/2015 | Scheduling Order |
| | *Docket Text:* SCHEDULING AND CASE MANAGEMENT ORDER RE: CLASS ACTION & REPRESENTATIVE ACTIONS by Judge Fernando M. Olguin. This court order supersedes the Scheduling and Case Management Order filed on 12/8/14 [19]; the Final Pretrial Conference/Motions in Limine Hearing, and Jury Trial dates set therein are hereby VACATED. A motion for class certification shall be filed no later than 10/13/2015, and noticed for hearing regularly under the Local Rules. The motion for class certification shall comply with the requirements set forth in theCourt's Order Re: Motions for Class Certification issued contemporaneously with the filing of this Order. The court will set pre-trial conference and trial dates, if necessary, after resolution of any dispositive motions, and the class certification motion. *See Order for deadlines and requirements.* (cw) | | |
| 28 | *Filed & Entered:* | 07/23/2015 | Order |
| | *Docket Text:* ORDER RE: MOTIONS FOR CLASS CERTIFICATION by Judge Fernando M. Olguin. (cw) | | |
| 29 | *Filed & Entered:* | 07/23/2015 | Order on Motion to Dismiss Case |

| | | | |
|---|---|---|---|
| | *Docket Text:* ORDER by Judge Fernando M. Olguin: The Motion to Dismiss First Amended Complaint for Failure to State a Claim, Motion to Strike, and Motion for a More Definite Statement [22] is DENIED. Defendant A1 Solar Power, Inc. shall file its Answer no later than 7/31/2015. IT IS SO ORDERED. (cw) | | |
| 30 | *Filed & Entered:* | 08/01/2015 | Notice of Association of Counsel |
| | *Docket Text:* NOTICE of Association of Counsel associating attorney Cohon & Pollak, LLP on behalf of Defendant A1 Solar Power, Inc.. Filed by Defendant A1 Solar Power, Inc. (Attorney Henry Nicholls added to party A1 Solar Power, Inc.(pty:dft))(Nicholls, Henry) | | |
| 31 | *Filed & Entered:* | 08/01/2015 | Answer to Complaint |
| | *Docket Text:* ANSWER to Amended Complaint/Petition[21] filed by Defendant A1 Solar Power, Inc..(Nicholls, Henry) | | |
| 32 | *Filed & Entered:* | 08/28/2015 | Stipulation to Continue |
| | *Docket Text:* Joint STIPULATION to Continue Scheduling Conference Dates [ECF No. 27] filed by Plaintiff Marilynn Loveless. (Attachments: # (1) Proposed Order, # (2) Proof of Service)(Loker, Matthew) | | |
| 33 | *Filed & Entered:* | 08/31/2015 | Order |
| | *Docket Text:* ORDER RE: CASE DEADLINES by Judge Fernando M. Olguin, re Stipulation [32]. *See order for continued deadlines.* (vdr) | | |


## PACER Service Center

### Transaction Receipt

10/26/2015 18:11:22

| | | | |
|---|---|---|---|
| **PACER Login:** | kb2887:3405719:0 | **Client Code:** | A1 Solar |
| **Description:** | History/Documents | **Search Criteria:** | 5:14-cv-01779-FMO-DTB |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |