**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARILYNN LOVELESS,<br>Plaintiffs,<br>v.<br>A1 SOLAR POWER, INC.,<br>Defendants. | Case No. ED CV 14-1779 FMO (DTBx)<br><br>**ORDER RE: CASE DEADLINES** |

Having reviewed the parties' Stipulation to Continue Case Deadlines ("Stipulation") and the case file in this action,[1] IT IS ORDERED as follows[2]:

1. All fact discovery shall be completed no later than **October 28, 2015**.

2. All expert discovery shall be completed by **January 11, 2016**. The parties must serve their Initial Expert Witness Disclosures no later than **November 11, 2015**. Rebuttal Expert Witness Disclosures shall be served no later than **December 11, 2015**. The parties should commence expert discovery shortly after the initial designation of experts, because Local Rules

---

[1] While the parties represent that they "believed that if any discovery that took place during the pendency of Defendant's [earlier-pending motion to dismiss] it should be minimal[,]" (Stipulation at 1), such a belief was unwarranted. (See Court's Order of December 8, 2014, at § II.A ("The parties should note that discovery shall not be stayed while any motion is pending, including any motion to dismiss[.] The parties are directed to conduct any necessary discovery as soon as possible, as the court is not inclined to grant any extensions of the discovery or other case-related deadlines.")).

[2] All requirements set forth in the Court's Order of July 23, 2015, shall remain in effect.

7-3 and 37-1 require ample time to meet and confer as well as brief the matters, and because the final pretrial conference and trial dates will not be continued merely because expert discovery is still underway.

3. Any motion for summary judgment and/or other potentially dispositive motion shall be filed no later than **February 11, 2016,** and noticed for hearing regularly under the Local Rules.

4. Any motion for class certification shall be filed no later than **March 11, 2016**, and noticed for hearing regularly under the Local Rules. Any untimely or non-conforming motion will be denied.

5. Failure to comply with any provisions of this Order may result in sanctions being imposed.

Dated this 31st day of August, 2015.

/s/
Fernando M. Olguin
United States District Judge