| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **THE PHELPS LAW GROUP** |
| Abbas Kazerounian, Esq. (249203) | Marc H. Phelps, Esq. (237036) |
| ak@kazlg.com | marc@phelpslawgroup.com |
| Matthew M. Loker, Esq. (279939) | 2030 Main Street, Suite 1300 |
| ml@kazlg.com | Irvine, CA 92614 |
| 245 Fischer Avenue, Unit D1 | Telephone: (949) 260-9111 |
| Costa Mesa, CA 92626 | Facsimile: (949) 260-4754 |
| Telephone: (800) 400-6808 | |
| Facsimile: (800) 520-5523 | |
| | |
| **HYDE & SWIGART** | **THE CARTER LAW FIRM** |
| Joshua B. Swigart, Esq. (225557) | Roger R. Carter, Esq. (140196) |
| josh@westcoastlitigation.com | rcarter@carterlawfirm.net |
| 2221 Camino Del Rio South, Suite 101 | 2030 Main Street, Suite 1300 |
| San Diego, CA 92108 | Irvine, CA 92614 |
| Telephone: (619) 233-7770 | Telephone: (949) 260-4737 |
| Facsimile: (619) 297-1022 | Facsimile: (949) 260-4754 |

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARILYNN LOVELESS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**A1 SOLAR POWER INC.,**<br><br>Defendant. | Case No.: CV14-1779 FMO (DTBx)<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>**HON. FERNANDO M. OLGUIN** |

**JOINT STIPULATION TO DISMISS THE ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**

Plaintiff MARILYNN LOVELESS ("Plaintiff") and Defendant A1 SOLAR POWER INC. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, Plaintiff filed Plaintiff's Complaint against Defendant in the above-captioned Court on August 28, 2014;

WHEREAS, Defendant answered Plaintiff's Complaint on August 1, 2015;

WHEREAS, the Parties have engaged in discovery and have resolved the dispute between the Parties as a result of said discovery;

## STIPULATION

Plaintiff and Defendant hereby jointly move to dismiss the Action with prejudice as to Plaintiff Loveless and without prejudice as to the putative class with each party to bear its own costs and attorneys' fees.

Dated: November 5, 2015                                    Respectfully submitted,


**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker____
       MATTHEW M. LOKER, ESQ.
       ATTORNEY FOR PLAINTIFF


**DAVID R. SOCHER ATTORNEY AT LAW, PC**

By:    ____/s/ David R. Socher____
       DAVID R. SOCHER, ESQ.
       ATTORNEY FOR DEFENDANT

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

PROOF OF SERVICE

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Dated: November 5, 2015            **KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**PROOF OF SERVICE**